# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

Clifford W. Taylor,
Chief Justice

130027
(46)(50)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GERALD T. SLOAN,
      Plaintiff/Counter-
      Defendant-Appellant,

v

CITY OF MADISON HEIGHTS,
      Defendant/Counter-
      Plaintiff-Appellee.

SC: 130027
COA: 254371
Oakland CC: 2002-045806-CK

_____/

On order of the Court, the motion for leave to appear as amicus curiae is GRANTED. The motion for reconsideration of this Court's order of March 22, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006 _____

_____
Clerk

l0522